# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LYNDEN YOUNG,<br>Petitioner,<br>v.<br>DEBBIE ASUNCION, Warden,<br>Respondent. | Case No. CV 18-00609 CJC (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: January 30, 2018

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE